IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GUY N. KIRBY,**

    **Petitioner,**

**vs.**                                                  **Case No. 4:05cv94-RH/WCS**

**JAMES CROSBY,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and paid the filing fee.

Although Petitioner was at Jackson Correctional Institution when he signed the petition, Petitioner is currently incarcerated at Avon Park Work Camp, and was convicted in Hillborough County. Jurisdiction is appropriate in the Middle District, as the district of both confinement and conviction. 28 U.S.C. § 2241(d).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on March 30, 2005.

    s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.